UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JACK K. STEIN,

           Plaintiff,

  v.

KENNETH QUINN,

           Defendant.

No. C06-1047MJP

ORDER ON PETITION FOR
CERTIFICATE OF APPEALABILITY

       This matter comes before the Court on Plaintiff's petition for a certificate of appealability. (Dkt. No. 41). Having reviewed Plaintiff's petition and the balance of the record, the Court DENIES Plaintiff's request for a certificate of appealability for the reasons stated below.

       As a preliminary matter, Plaintiff does not need a certificate of appealability to the extent he is appealing the Court's order dismissing his claims under 42 U.S.C. § 1983 without prejudice. The requirements for a certificate of appealability apply to claims for habeas corpus relief, rather than to claims under Section 1983. See, e.g., Hagopian v. Smith, 2006 WL 3690905 at *1 (E.D. Mich. Dec. 12, 2006) ("A certificate of appealability is not required to appeal from an order denying relief in a § 1983 action").

       To the extent Plaintiff is appealing the Court's dismissal of his claims for habeas corpus relief under 28 U.S.C. § 2254, a certificate of appealability would be necessary under 28 U.S.C. § 2253(c). In this case, the Court dismissed Plaintiff's habeas claims on procedural grounds, without reaching the

ORDER - 1

merits of his constitutional claims.  In such cases, the Supreme Court has held that a prisoner seeking a certificate of appealability must show "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right <u>and</u> that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000) (emphasis added).  Here, the Court finds that Petitioner has not demonstrated that reasonable jurists would find it debatable whether the Court was correct in its procedural ruling.  Therefore, the Court denies Plaintiff's request for a certificate of appealability on his habeas claims under 28 U.S.C. § 2254.

The Clerk is directed to send copies of this order to Plaintiff.

Dated:   June 11, 2007.

                                                    s/Marsha J. Pechman
                                                    Marsha J. Pechman
                                                    United States District Judge

ORDER - 2